UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LARRY M. GRANT, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE & CO.,<br><br>      Defendant. | CIVIL ACTION No. 8:19-cv-01808 |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Larry M. Grant, Plaintiff**
- **Luis A. Cabassa, Counsel for Plaintiff**
- **Brandon J. Hill, Counsel for Plaintiff**
- **Wenzel Fenton Cabassa, P.A., Plaintiff's Counsels' Law Firm**
- **Chad Andrew Justice, Counsel for Plaintiff**
- **Justice for Justice, Plaintiff's Counsel's Law Firm**
- **The JPMorgan Chase Medical Plan**
- **The JPMorgan Chase Dental Plan**
- **The JPMorgan Chase Vision Plan**
- **The JPMorgan Chase Health and Wellness Centers Plan**
- **JPMorgan Chase & Co., Defendant**
- **JPMorgan Chase Bank, NA, Plan Sponsor**
- **JPMorgan Chase U.S. Benefits Executive, Plan Administrator**
- **Brian T. Ortelere, Counsel for Defendant**
- **Melissa D. Hill, Counsel for Defendant**

- **Carol A. Field, Counsel for Defendant**
- **Morgan, Lewis & Bockius LLP, Defendant's Counsels' Law Firm**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Defendant is unware of any other entity at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Defendant is unaware of any other entity at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff alleges in the Complaint that he has been subject to civil conduct alleged to be wrongful. Defendant denies that Plaintiff is entitled to any relief.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.


Dated: August 13, 2019                    Respectfully submitted,

                                                MORGAN, LEWIS & BOCKIUS LLP

                                                */s/ Carol A. Field*
                                                Carol A. Field, Bar No. 987166
                                                carol.field@morganlewis.com
                                                200 South Biscayne Boulevard
                                                Suite 5300
                                                Miami, FL  33131-2339
                                                Telephone:    +1.305.415.3000
                                                Facsimile:     +1.305.415.3001

                                                Brian Ortelere (admitted *pro hac vice*)
                                                brian.ortelere@morganlewis.com
                                                Melissa D. Hill (admitted *pro hac vice*)
                                                melissa.hill@morganlewis.com
                                                101 Park Avenue
                                                New York, NY 10178-0060
                                                Telephone: (212) 309-6000
                                                Fax: (212) 309-6001

                                                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Luis A. Cabassa  
Brandon J. Hill  
Email: lcabassa@wfclaw.com  
Email: bhill@wfclaw.com  
WENZEL FENTON CABASSA, P.A.  
1110 North Florida Ave., Suite 300  
Tampa, Florida 33602  
Main No.: 813-224-0431  
Facsimile: 813-229-8712  

-and-

Chad Andrew Justice  
Email: chad@getjusticeforjustice.com  
JUSTICE FOR JUSTICE  
1205 N. Franklin St. Suite 326  
Tampa, FL 33602  
Phone: 813-544-7616  
Attorneys for Plaintiff

                              */s/ Carol A. Field*  
                              Carol A. Field