# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LARRY M. GRANT,

    Plaintiff,

v.                                                                          Case No: 8:19-cv-1808-T-02SPF

JPMORGAN CHASE & CO.,

    Defendant.

___

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

**X**   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 8/13/19

*[signature: Carol A. Field]*

Counsel of Record or *Pro Se* Party

Counsel for Defendant
200 S. Biscayne Blvd, Ste 5300
Miami, FL 33131
(305) 415-3409
carol.field@morganlewis.com
Fla. Bar 0987166